# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONSTANCE HENRY,<br><br>                Plaintiff,<br><br>    v.<br><br>MOUNTAIN HARDWEAR, INC.,<br><br>                Defendant. | Case No.: 1:25-cv-13004<br><br>Hon. Manish S. Shah<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: January 12, 2026

| | |
|---|---|
| EQUAL ACCESS LAW GROUP, PLLC<br>*Attorneys for Plaintiff*<br><br>*/s/ Michael Ohrenberger*<br>By: Michael Ohrenberger<br>68-29 Main Street,<br>Flushing, NY 11367<br>O: 844-731-3343<br>D: 716-281-5496<br>Email: mohrenberger@ealg.law | */s/ James P. Nasiri*<br>James P. Nasiri<br>jnasiri@seyfarth.com<br>SEYFARTH SHAW LLP<br>233 South Wacker Drive, Suite 8000<br>Chicago, Illinois 60606-6448<br>Telephone: (312) 460-5000<br>Facsimile:(312) 460-7000<br><br>*Attorneys for MOUNTAIN HARDWEAR, INC.* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Michael Ohrenberger*